```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3186 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JAMES SANDS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon defendant's oral motion to enter a change of plea and request for change of plea hearing before the undersigned,

IT IS ORDERED,

1. Defendant's change of plea hearing is scheduled before the undersigned on March 16, 2007 at 11:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 27th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge