## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES SANDS,<br><br>    Defendant. | 4:06CR3186<br><br>DETENTION ORDER<br><br>PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

December 2, 2010.

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge