Dear Sir;

I'm writing this letter to you in the hopes that maybe you will show a little compassion on behalf of my son Joseph.

He and myself have both been incarcerated for approximately six years now and we have been across the street from each for almost two.

When it came time for me to leave the state and come to the Federal institution I had already been hoping that I would be spending the rest of my time with my son.

Then, when I got here they sent me to the camp across the street. We are able to correspond by mail and e-mail but nothing else. We have gone through five deaths since we have been locked up and his mother or myself are not getting any younger.

I was taken to the hospital in Portland, Oregon the other day and the news wasn't that good. I have to go for a Byopsy on my Prostate and they say it could be Cancer.

Since my son has been in custody he has completely changed.

He has gotten baptized, finished college courses and had a complete different look on life itself.

He will be thirty six years old next month and be still has a chance to have a life.

The only reason we are not at the same place is because he has too much time to do.

If he even had five years off of his time at least, he would have a chance and he would be here at a camp with me.

We both realize that when you commit a crime then someone gets hurt and someone has to pay. Does it really mean they have to give up their whole life.

Please at least look at his case and have some consideration on the fact that he still has a chance for a life.

Truly yours
Errol Mordary

Ernie Hornbay 19267-047
P.O. Box 6000
Federal Prison Camp
Sheridan, Oregon
97378

SALEM OR 973
06 JUL 2010 PM 1 L

RECEIVED
JUL 9 2010
CLERK
U.S. DISTRICT COURT
LINCOLN

⇔19207-047⇔
NE Dist Ct Lincoln Division
100 Centennial Mall North
Suite 593
Lincoln, NE - 68503 - 3803
United States