IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3186 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL JAMES SANDS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Sands' revocation hearing is rescheduled to Tuesday, May 24, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 17th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge