IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3186 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MICHAEL JAMES SANDS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion, (filing no. 61), is granted.

2) The defendant's conditions of supervised release are amended as follows:

   a. The defendant shall transition to the Curtis Center, Lincoln, Nebraska, immediately following his graduation from Cornhusker Place. The defendant shall fully comply with the requirements and all rules of the Curtis Center facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

   b. The Defendant shall comply with all other terms and conditions of his supervised release.

DATED this 9th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge