IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3186 |
| ) | |
| MICHAEL JAMES SANDS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 63, now set for May 24, 2011, at 12:00 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 27th day of July, 2011, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 19th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge